IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KRISHONN COONEY**                                            **PLAINTIFF**

v.                          Case No. 4:21-cv-00720-KGB

**TAYLOR DUBBIE**, *et al.*                                **DEFENDANTS**

## ORDER

Plaintiff Krishonn Cooney, currently an inmate at the Wrightsville Unit of the Arkansas Division of Correction, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 against Morrilton, Arkansas, Police Officers Taylor Dubbie and Nate Watkins (Dkt. No. 3). Before the Court are Mr. Cooney's application for leave to proceed in district court without prepaying fees or costs, Mr. Cooney's affidavit in support of his application for leave to proceed in district court without prepaying fees or costs, and his motions for status update (Dkt. Nos. 1-1; 2-1; 6; 7; 10).

Pursuant to the Prison Litigation Reform Act, Mr. Cooney is required to submit a certificate and a calculation sheet prepared and signed by an authorized official of the incarcerating facility, which reflects the deposits and monthly balances in Mr. Cooney's trust account at the facility during the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2). Mr. Cooney did not submit a calculation sheet with his application to proceed *in forma pauperis*. Accordingly, the Court denies without prejudice Mr. Cooney's motion to proceed *in forma pauperis* (Dkt. No. 1-1).

Within 30 days of the entry of this Order, Mr. Cooney must either: (1) pay the $402 filing fee in full; or (2) file a properly completed application to proceed *in forma pauperis*—including a certificate and calculation sheet signed by an authorized official at the Conway County Detention Center—for the Court's review and consideration. If Mr. Cooney does not pay the filing fee or submit a properly completed application within 30 days, the Court will dismiss this action without

prejudice. Local Rule 5.5(c)(2) of the Eastern and Western Districts of Arkansas ("If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.").

The Court directs the Clerk of the Court to send Mr. Cooney a blank application to proceed in district court without prepaying fees or costs, including a certificate and a calculation sheet.

Mr. Cooney has also filed three motions for status update in which he states that he would like to make sure that his mail is being received by the Court and that he would like to know the status of his case (Dkt. Nos. 6; 7; 10). The motions for status update are granted (*Id.*). The Court directs the Clerk of the Court to send Mr. Cooney a copy of the docket sheet in this case.

So ordered this 29th day of November, 2021.

_____
Kristine G. Baker
United States District Judge